FILED

Name: ALFonso Villalobos

Address: 23564 Golden Spring Rd

Diamond Bar, CA. 91765

Phone: 909-542-7509

Fax: N/A

In Pro Per

2017 FEB 22 PM 2:32

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALFonso Villalobos

Plaintiff

v.

METro Pcs Corp.
T-mobile USA
Apple Computers Inc. Defendant(s).

CASE NUMBER:

SACV17·00311 JAK (FFM)

To be supplied by the Clerk of
The United States District Court

COMPLAINT

Comes Now And by Pro Se, ALFonso Villalobos (herein after "Plaintiff"), And Living As principle residence in Orange, County of California and submits by Proper Person Complaint As Follows:

On or About November 11, 2016, Plaintiff Visited an establishment, Metro Pcs corporate store (herein after "Defendant A"), Located and doing Business at 205 E. Orangethorpe Ave, Fullerton Orange, County of California 92832, plaintiff purchased A cellular device, An Apple (herein After "Defendant B") iphone 5 with A pre-installed Operating System ios 9.0. On or About November

PLEADING PAGE FOR A COMPLAINT

CV-126 (09/09)

PAGE number

1

15, 2016, Plaintiff, experiencing problems with the devices Network Carrier, decided to re-visit Defendant A and As suggested by a sales associate, exchanged his iphones for an upgraded version iphone 7 with the same ios 9.0 version pre-installed on the dvice and Although the iphone 7 is A more Advanced device that contained better software applications, plaintiff continued experiencing same problems regarding the Network Carrier. As the problems persisted plaintiff requested the Assistance of defendant A but they claimed that it was An issue that can only be resolved by the devices MANUFActurer and was Advised to contact Defendant B, but Defendant B explained that Defendant A was the Network Carrier and they were the only one to correct such An issue.. And on or About November 19 2016, plaintiff received through his device, A service Notification Alert, such notice stated that A new version of the ios 9.0, An ios 10.0 version was Available and ready for download And installation, the Notice, Also informed plaintiff that the updated version ios 10.0 contained bug Fixes, updated software Applications and improved Features. On A Attempt to correct the Network issues, plaintiff decided to

dowload and install the new ios 10.0 version on his device. Unfortunately, problems not only persisted by the network carrier but additional problems such as, restrictions or blocking access to Internet websites, network carrier service not registering on the device, indications that the device was being shared with other devices, identity theft, invasion of privacy, receiving unsolicited advertisment e-mails, unable to receive or send messages, device acting on it's own, and plaintiff unable to turn off some of the features or applications installed in the device and last but not least, plaintiff could only access fake websites or unable to do goverment related business such as contacting medical providers or doing legal research including goverment web sites and also receiving fake information and/or news.

Upon doing some research plaintiff discovered that the new updated version of ios 10.0 and later ios version 10.1.1 replaced the original trust store certificate # 2016092000 for a new trust store certificate # 2016102100 but plaintiff was not able to find any information in regards to the

Digital certificates on The device not on The defendants web sites. On or About January 21, 2017, plaintiff decided To transfer Service from his iphone 7 To An Android device A Samsung 5, model number SM-G550TI and Although plaintiff had more control on The device's software, problems persisted and defendants unwilling To resolve such issues.

On or about February 10 2017, plaintiff contacted Samsung USA Technical support and per mutual recorded conversion, they referred plaintiff back to defendant A, and Again, As A mutual understanding plaintiff recorded A conversation with A T-Mobile USA (herein After "DefendantC") who Acknowledged That The plaintiff's network service was not registered with The network and they were not sure What kind of service or who was providing such A network service That plaintiff paid $60.00 plus per month. Service ended on February 14, 2017 for Non-payment. Plaintiff made several Attempts To resolve his issues including A report with the Federal Trade Commission Report #7996 2297 and the Federal Communications Commission Report #4451254, Complaint reports initiated with defendants Legal departments including About Twelve incident reports. One of the Few Authentic web sites That plaintiff Accessed, was The U.S. Supreme Court Website, which States That is dedicated To protecting the privacy of visitors.

2/22/2017

in proper person.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _02-22-2017_

Sign: _____

Print Name: _ALFONSO Villalobos_

*I-of I*

*Page Number*

Pro Se Clinic Forms

ALFONSO Villalobos ___ (Full Name)
23564 Golden Springs Rd. (Address Line 1)
Diamond Bar CA 91765 (Address Line 2)
(909) 542-7509 ___ (Phone Number)

Plaintiff in Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ALFONSO Villalobos,

        Plaintiff,

  vs.

METROPCS Corp.
T-mobile USA
Apple Inc.

      Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: _____
     (To be supplied by the Clerk)

Civil Rights Complaint Pursuant to
42 U.S.C. § 1983 (non-prisoners)

Jury Trial Demanded: ☒ Yes ☐ No

*(All paragraphs and pages must be numbered.)*

### I. JURISDICTION

1.    This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

### II. VENUE

2.    Venue is proper pursuant to 28 U.S.C. § 1391 because (b)(2) A Judicial district in which A substancial part of the events or omissions giving rise to the claim occurred.

_1_

*Page Number*

Pro Se Clinic Forms

## III. PARTIES

3.    Plaintiff _ALFonso VillaLobos_ resides at:
(your full name)

_Homeless, maiL Address- 23564 Golden Springs Rd. Diamond BAr, CA 91765._
(your address)

(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

4.(A) Defendant _METRO Pcs Corporate Store_ works at
(full name of Defendant)

_205 El Orangethorpe AvE. Fullerton, CA 92832_
(Defendant's place of work)

Defendant's title or position is _Corporate Store_
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: _PLaintiffs deprevation under color OF Any STATE Law, STATUTE, ordinance, regulation, customor USAGE OF Any Right, privilage or immunity secured by the constitution OF the UNITED STATES providing For equal rights For AU person within the jurisdiction._

5.(B) Defendant _T-mobile USA_ works at
(full name of Defendant)

_12920 SE 38th st. Bellewe, WAshington 98006_
(Defendant's place of work)

Defendant's title or position is _T-Mobile USA Corporate office_
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: _The use OF TECHnology used As A vehicle To erode plaintiffs privAcy under color OF Any STATE and collected informAtion and FAilure OF disclosure OF such information in A difiable FORM._

_2_

(C.) Defendant **Apple Computer Inc.** works at
Insert ¶ #
(full name of Defendant)

**1 Infinite Loop Cupertino, CA 95014**
(Defendant's place of work)

Defendant's title or position is **Apple Computers Inc. Head Quarters**
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because **Defendant knew of the others deceptive practices and had the authority to control plaintiffs deprevations under any color of state laws, but allowed the deception to proceed causing the plaintiff emotional distress and furtherance of others libel and slanders, practices.**

____. Defendant _____ works at
Insert ¶ #
(full name of Defendant)

_____
(Defendant's place of work)

Defendant's title or position is _____
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

_____

**3**

Page Number

Pro Se Clinic Forms

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

___. On 11/15/16 Plaintiff purchased an iphone7 with ios 9.0 pre-installed, such device included a TMUS kit# 38652590 and transaction# 38679483 and device SN# 359165079003230 from MetroPcs Corporate Store (defendant "A") the iphone7 included a Trust store certificate # 2016 092 00. Defendant A unlawfully sold a cellular communications device under false pretences when failed to provide with the proper network carrier.

___. Plaintiff contacted T-Mobile USA (Defendant B) several times and message center on several occassions and knowingly missinformed plaintiff every single time, then on February 10, 2017, plaintiff recorded a conversation with an employee who agreed on the recording of such conversation in which Defendant B admitted to plaintiff that plaintiffs service was not registered with T-Mobile USA.

___. On or about November 19, 2016, plaintiff received an electronic service notice on his device stating that a new vasion of ios 9.0 to ios 10.0 and ios 10.1.1 was available for download and installation, which replaced the trust store certificate on plaintiffs device to trust store certificate # 2016 102 00 which created many restrictions and blocking of internet sites. Defendants B failed to provide information of the digital certificates on the device or website and attempted to conceal their unlawful practice at their corporate store in the City of Brea, Ca. and fail to respond to 12 incident reports including 2 complaints to their Legal Department.

Pro Se Clinic Forms                               Page Number

4

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. IT is my humble request That my rights To privacy, Liberty and property be respected.

2. To be compensated For the cost of services and equipment including Time spent and All other Appropiate Relief.

02/23/2017

Alfonso Villalobos

Page Number